UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07cR 3317-DMS |
| Plaintiff | ) | 07mj 8926 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| RAMON MALDONADO-ARUCHE | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

SERGIO IVAN RIVERA - HERNANDEZ

DATED: 12/11/07

RECEIVED _____
            DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk

J. JACKSEL

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082