AO 455 (Rev. 5/85) Waiver of Indictment

---

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

RAMON MALDONADO-AROCHE

WAIVER OF INDICTMENT

CASE NUMBER: 07-CR-3317-DMS

I, RAMON MALDONADO-AROCHE, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on DECEMBER 11, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ramon Maldonado A._
Defendant

_Joseph Milchen_
Defense Counsel

Before _[signature]_
Judicial Officer