Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorneys for Defendant
Ramon Maldonado-Aroche

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07-CR-3317 |
|---|---|
| Plaintiff, | ) |
| v. | ) Joinder |
| RAMON MALDONADO-AROCHE, | ) |
| Defendant. | ) |

Defendant, Ramon Maldonado-Aroche, through his attorney, Joseph Milchen, hereby joins in the calculations in Government=s Sentencing Summary Chart filed on March 10, 2008, and pursuant to the Plea Agreement, in the recommendation.

Dated: March 11, 2008           s/Joseph Milchen

                                Joseph Milchen
                                Attorney for Defendant
                                Ramon Maldonado-Aroche