Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Ramon Maldonado-Aroche

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3317 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| RAMON MALDONADO-AROCHE, | ) | |
| Defendant. | ) | |

    Joseph Milchen certifies as follows:

    On March 11, 2008 I electronically served the Acknowledgment of Sentencing Hearing Date on Assistant U.S. Attorney Paul L. Starita.

Dated: March 11, 2008        s/Joseph Milchen_____
                                                Joseph Milchen
                                                Attorney for Defendant
                                                Ramon Maldonado-Aroche